OPINION — AG — ** CAMPAIGN CONTRIBUTIONS — RECORDS ** QUESTION: IF A CAMPAIGN IMPLEMENT (SUCH AS A CAMPAIGN SIGN) THAT HAS ONCE BEEN CHARGED AGAINST A CANDIDATE'S ALLOWABLE EXPENDITURE IS STOLEN OR DESTROYED THROUGH NO FAULT OF THE CANDIDATE, SHOULD THE AMOUNT SPENT IN REPLACING SAID IMPLEMENT BE CHARGED TO THE CANDIDATE AS A CAMPAIGN EXPENSE ? — AFFIRMATIVE (REPORTING CAMPAIGN EXPENSES) CITE: 26 O.S. 402 [26-402], 26 O.S. 413 [26-413] [26-413], 26 O.S. 415 [26-415] (FRED HANSEN)